PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00232-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| CHRISTIAN HENRY DORSCH, JR., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 4, 2021. Docket No. 31. Pursuant to Local Rule the government's response is due on October 12, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 26, 2021;

      b)     The defendant's reply to the government's response to be filed on or before November 2, 2021.

IT IS SO STIPULATED.

Dated:  October 12, 2021  

PHILLIP A. TALBERT  
Acting United States Attorney

/s/ AARON D. PENNEKAMP  
AARON D. PENNEKAMP  
Assistant United States Attorney

Dated:  October 12, 2021  

/s/ CAROLYN WIGGIN  
CAROLYN WIGGIN  
Counsel for Defendant  
CHRISTIAN HENRY DORSCH, JR.

## ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)     The government's response to the defendant's motion, Docket No. 31, is due on or before **October 26, 2021**;

b)     The defendant's reply to the government's response, if any, is due on **November 2, 2021**.

IT IS SO FOUND AND ORDERED.

**Dated**: October 12, 2021

Troy L. Nunley  
United States District Judge