UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:18-cr-00232-TLN |
| Plaintiff, | ) ) ) | **SEALING ORDER** |
| vs. | ) ) | |
| CHRISTIAN HENRY DORSCH, JR., | ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

    IT IS HEREBY ORDERED that the Request to Seal Exhibit A to Defendant-Movant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket.  The Request and its Exhibit A are to be provided to the Court and Assistant United States Attorney assigned to the case.

    These documents shall remain under seal until further Order of the Court.

    **IT IS SO ORDERED.**

**DATED:  November 12, 2021**

Troy L. Nunley
United States District Judge